UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMICKA GRAHAM, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> MAIN STREET ACQUISITIONS, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:11-cv-01733-GMN-CWH <br><br> **ORDER** |

Before the Court for consideration is the Report and Recommendation (ECF No. 3) of the Honorable C.W. Hoffman, Jr., United States Magistrate Judge, entered February 10, 2012. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Hoffman's Recommendation should be **AFFIRMED**.

**IT IS THEREFORE ORDERED** that Magistrate Judge Hoffman's Recommendation is hereby **AFFIRMED,** and Plaintiff's Complaint is hereby **DISMISSED, with prejudice, for Plaintiff's failure to pay the filing fee within thirty (30) days of the Court's January 10, 2012 Order.**

**IT IS FURTHER ORDERED** that and **the Clerk of the Court shall forthwith close this case**.

**DATED** this 1st day of May, 2012.

_____
Gloria M. Navarro
United States District Judge